RECEIVED
IN LAKE CHARLES, LA.

DEC 13 2016

TONY R. MOORE, CLERK
BY_____
                DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| JASON LAMOUNTE MORGAN<br>D.O.C. # 590378 | * | CIVIL ACTION NO. 2:16-CV-00265 |
| v. | * | JUDGE MINALDI |
| DARREL VANNOY | * | MAGISTRATE JUDGE KAY |

## JUDGMENT

In accordance with the corresponding Memorandum Ruling, the Report and Recommendation (Rec. Doc. 13), and the reasons set forth therein,

**IT IS ORDERED** that the petition is **DENIED** and **DISMISSED WITH PREJUDICE.**

Lake Charles, Louisiana, this 5 day of Dec, 2016.

_____
PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE

3